IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-1218-T/An |
| ) | |
| JACK RAY AUSTIN, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING MOTION FOR SHOW CAUSE ORDER

On August 1, 2005, Jack Ray Austin, an inmate at the Federal Correctional Institution in Memphis, Tennessee, filed a *pro se* motion pursuant 28 U.S.C. § 2255. On September 20, 2005, he filed a Motion for Show Cause Order, asking the Court to enter, within ten days of receipt of his motion, an order for the United States to show cause why he should not be immediately released from the custody of the Bureau of Prisons.

Pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the Court is required to conduct an initial consideration of a § 2255 motion to determine whether the United States should be required to respond or whether the motion should be summarily dismissed. Defendant's motion currently is undergoing that initial consideration, and he will be notified of the outcome in due course. Accordingly, the Motion for Show Cause Order is DENIED.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 23 September 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  09-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01218 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

Jack Ray Austin
18077-076
PO Box 34550
Memphis, TN 38184--055

Honorable James Todd
US DISTRICT COURT